UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

IN RE:

Jonathan Cartwright, Sr., and
Shirley Ann Cartwright,

Case No.: 17-43978-mlo
Chapter: 13
Judge: Maria L. Oxholm

Debtors.
____________________________/

DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC §362(c)(3) and LBR 4001-6(a)

NOW COME Debtors, by and through their attorney, Horace D. Cotton, and states the following in support of their Motion to Extend the Automatic Stay pursuant to 11 USC §362(c)(4):

1. Debtor filed an initial voluntary petition under Chapter 13 of the Bankruptcy Code on April 16, 2016.
2. Due to illness and multiple surgeries Debtor was forced to apply for Short Term and Social Security Disability Benefits. Subsequently, Debtor decided to retire and applied for pension and Social Security benefits.
3. In the interim Debtor's income fluctuated such that they were not able to pay the accumulated plan payment arrears.
4. Debtors also applied for a loan modification. Debtors were unsuccessful in obtaining the loan modification after the creditor claimed that it never received the requested documentation although it was sent on two separate occasions.
5. As a result, Debtor's case was dismissed.
6. Debtor's monthly income has now stabilized and they plan to aggressively pursue the loan modification.
7. Debtors seek the extension of the automatic stay pursuant to 11 USC §362(c)(3) and LBR 4001-6(a). (A copy of the Proposed Order is attached as Exhibit A).

WHEREFORE, Debtor prays this Honorable Court to extend the automatic stay, and for any other relief this Court finds equitable and just.

Respectfully Submitted,

_/s/ *Horace D. Cotton*________
Horace D. Cotton, PLLC
Horace D. Cotton (P33268)
22503 Grand River, Ave., #19520
Detroit, Michigan 48219
(313) 595-1517
hdcotton1@gmail.com

Date: March 21, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

IN RE:

Jonathan Cartwright, Sr., and
Shirley Ann Cartwright,

Case No.: 17-43978
Chapter: 13
Judge: Maria L. Oxholm

Debtors.
_____________________________/

NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY

**Your Rights May Be Affected:** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have one, you should consult with one. If you do not wish the Court to Extend the Automatic Stay, or if you want the Court to consider your views on this Motion to Extend the Automatic Stay, **within 14 days**, you or your attorney must:

1. File with the Court a written answer or response, explaining your position at:

Bankruptcy Court
211 W. Fort Street, Ste. 2100
Detroit, MI 48226

If you mail your response, you must mail it so the Court receives it **before** the date mentioned above.

You must also mail a copy to:

Horace D. Cotton, PLLC
PO Box 19520
Detroit, MI 48219

If a response is timely filed and served, the clerk will schedule a hearing on the motion. You will receive a notice of the time, date, and location of this hearing.
**If you or your attorney do not answer this motion, the Court may decide that you do not oppose the relief sought, and will enter an Order granting this relief.**

Respectfully Submitted,

/s/ *Horace D. Cotton*

Horace D. Cotton, PLLC
Horace D. Cotton (P33268)
22503 Grand River, Ave., #19520
Detroit, Michigan 48219
(313) 595-1517
hdcotton1@gmail.com

Date: March 21, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

IN RE:

Jonathan Cartwright, Sr., and
Shirley Ann Cartwright,

Case No.: 17-43978-mlo
Chapter: 13
Judge: Maria L. Oxholm

Debtors.
___________________________/

**PROPOSED ORDER GRANTING DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY PURSUANT TO 11 USC §362(c)(3) and LBR 4001-6(a)**

This matter having come before the Court by way of a Motion by Debtor, no response having been filed or a hearing having been held, the Court having found that Debtor's subsequent case was filed in good faith, the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby extended pursuant to 11 USC §362(c)(3) and LBR 4001-6(a).

IT IS FURTHER ORDERED that Counsel for Debtor shall serve a true copy of this Order on all interested parties.

______________________________

**U.S. BANKRUPTCY JUDGE**

**EXHIBIT A**