UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

IN RE:

Jonathan Cartwright, Sr., and
Shirley Ann Cartwright,

        Case No.: 17-43978
        Chapter: 13
        Judge: Maria L. Oxholm

Debtors.
_____/

## STIPULATION TO ORDER GRANTING DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 USC §362(c)(3) and LBR 4001-6(a)

The parties agree and stipulate that:

1) the Automatic Stay is hereby extended as to all creditors pursuant to 11 USC §362(c)(3);

2) The Debtors shall be 100% on trustee records, or with proof, 1 week prior to confirmation hearing or any adjourned confirmation hearing or case may be dismissed on trustee affidavit without further notice or hearing"

Stipulated:

_/s/ Tammy L. Terry_  
Tammy L. Terry  
Chapter 13 Trustee

_/s/ Horace D. Cotton_  
Horace D. Cotton  
Attorney for Debtor